[No. 38807-0-I.    Division One.    August 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
ALEJANDRO JUARZ-QUINTERO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-00665-0, Ann Schindler, J., entered June 10, 1996. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Kennedy and Becker, JJ.

[No. 38842-8-I.    Division One.    August 11, 1997.]

LEO C. BRUTSCHE, ET AL., *Appellants*, v. THE CITY OF KENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-17465-5, Michael J. Fox, J., entered May 30, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Kennedy, A.C.J., and Grosse, J.

[No. 39007-4-I.    Division One.    August 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KATYE WADDILOVE-GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-08119-0, Richard A. Jones, J., entered June 17, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 39022-8-I.    Division One.    August 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY S. HYDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-01672-3, Anthony P. Wartnik, J., entered June 12, 1996. *Affirmed* by unpublished per curiam opinion.